IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM M. BRIDGES,

      Appellant,

v.

TOMATOES OF RUSKIN and
GUARANTEE   INSURANCE
COMPANY

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0706

Opinion filed September 29, 2017.

An appeal from an order of the Judge of Compensation Claims.
E. Douglas Spangler, Judge.

Date of Accident:  July 28, 2011.

Bill McCabe, Longwood, and Warren L. Harris, Tampa, for Appellant.

Allyson A. McInvale of Brady Law Group, PLC, Tampa, for Appellees.


PER CURIAM.

      AFFIRMED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.